**SILLS CUMMIS & GROSS P.C.**
Jaimee Katz Sussner, Esq.
Joshua N. Howley, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

*Proposed Attorneys for Court-Appointed Receiver*
*Colliers International NJ LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| LARRY PORTAL, FRANK MAIORANO, GRACY WEBERMAN, JAHN BRODWIN, DONALD J. NOONE II, MARTIN GOLDSTEIN, and DAVID METZMAN,<br><br>Plaintiffs,<br><br>v.<br><br>SETH LEVINE, TEANECK PLAZA VENTURES, LLC; 268 KENNEDY VENTURES; ENGLEWOOD FUNDING, LLC; HILLSIDE NORSE, LLC; PA NORSE, LLC; 2817 PALISADES VENTURE, LLC; CLIFTON DL VENTURES, LLC; SUSSEX NORSE, LLC; 4318 KENNEDY PARTNERS, LLC; LENOX SOUTH PARK, LLC; LENOX MCKINLEY, LLC; ENGLEWOOD NORSE, LLC; POST AVENUE VENTURES, LLC; PLAINFIELD NORSE, LLC; 219 HILLSIDE VENTURES, LLC; BAYONNE VENTURES, LLC, JORDAN VENTURES, LLC; ORANGE LP VENTURES, LLC; PLAINFIELD PA VENTURES, LLC; PASSAIC MAIN NORSE, LLC; PERTH NB VENTURES, LLC; SUSSEX VENTURES, LLC; PERTH LP VENTURES, LLC; and CLIFTON 126 CENTER, LLC,<br><br>Defendants. | Civil Action No. 19-cv-19611 (MCA) (LDW)<br><br>*Document Electronically Filed*<br><br>**ORDER APPOINTING SILLS CUMMIS & GROSS P.C. AS COUNSEL FOR COURT APPOINTED RECEIVER COLLIERS INTERNATIONAL NJ LLC PURSUANT TO L. CIV. R. 66.1(g)** |

This matter having been opened to the Court by Court-Appointed Receiver Colliers International NJ LLC (the "Receiver") for an Order, pursuant to L. Civ. R. 66.1(g), authorizing

the Receiver to employ Sills Cummis & Gross P.C. ("Sills Cummis") as its counsel to assist the Receiver in performing its duties under the Court's November 26, 2019 Order (ECF No. 12), and the Court having considered the papers submitted in connection with this application, and having heard the arguments of counsel, if any, and it appearing that Plaintiffs having consented to the relief sought in this application, and for good cause shown:

IT IS on this _____ of _____ 2019 ORDERED that:

1. The Receiver's Application is GRANTED in its entirety;

2. The Receiver is authorized to retain Sills Cummis as counsel for the Receiver in this action pursuant to L. Civ. R. 66.1(g) subject to the rates set forth in the letter from Joshua N. Howley, Esq. dated December 6, 2019, and to perform the duties set forth therein.

HON. LEDA DUNN WETTRE, U.S.M.J.