**SILLS CUMMIS & GROSS P.C.**
Jaimee Katz Sussner, Esq.
Joshua N. Howley, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000
*Proposed Attorneys for Court-Appointed Receiver*
*Colliers International NJ LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LARRY PORTAL, FRANK MAIORANO, GRACY WEBERMAN, JAHN BRODWIN, DONALD J. NOONE II, MARTIN GOLDSTEIN, and DAVID METZMAN,<br><br>Plaintiffs,<br><br>v.<br><br>SETH LEVINE, TEANECK PLAZA VENTURES, LLC; 268 KENNEDY VENTURES; ENGLEWOOD FUNDING, LLC; HILLSIDE NORSE, LLC; PA NORSE, LLC; 2817 PALISADES VENTURE, LLC; CLIFTON DL VENTURES, LLC; SUSSEX NORSE, LLC; 4318 KENNEDY PARTNERS, LLC; LENOX SOUTH PARK, LLC; LENOX MCKINLEY, LLC; ENGLEWOOD NORSE, LLC; POST AVENUE VENTURES, LLC; PLAINFIELD NORSE, LLC; 219 HILLSIDE VENTURES, LLC; BAYONNE VENTURES, LLC, JORDAN VENTURES, LLC; ORANGE LP VENTURES, LLC; PLAINFIELD PA VENTURES, LLC; PASSAIC MAIN NORSE, LLC; PERTH NB VENTURES, LLC; SUSSEX VENTURES, LLC; PERTH LP VENTURES, LLC; and CLIFTON 126 CENTER, LLC,<br><br>Defendants. | Civil Action No. 19-cv-19611 (MCA) (LDW)<br><br>*Document Electronically Filed*<br><br>**ORDER APPROVING**<br>**RECEIVER'S COMPENSATION** |

**THIS MATTER** having been opened to the Court by Sills Cummis & Gross P.C., attorneys for Colliers International NJ LLC ("Colliers"), the Court-Appointed Receiver for the

1

properties at issue in this action (the "Properties") pursuant to this Court's November 26, 2019 Order (ECF No. 12) (the "Receiver Order"), for an Order approving the Receiver's compensation to manage and maintain the Properties; and it appearing that Plaintiffs in this action have consented to the requested relief, and agree that such compensation is reasonable and consistent with industry standards; and the Court having considered the papers submitted in connection with this application, and having heard the arguments of counsel, if any; and for good cause shown

IT IS on this ___ day of _____, 2019, ORDERED as follows:

1. The Receiver's application is GRANTED in its entirety.

2. The Receiver is authorized to charge Plaintiffs a fixed management fee of $125.00 per month for each unit under management, with a minimum charge of $2,300.00 per month per Property identified in the Receiver Order.

_____
HON. MADELINE COX ARLEO, U.S.D.J.