**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>**UNITED STATES DISTRICT JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST. ROOM 4066**<br>**NEWARK, NJ 07101**<br>**973-297-4903** |

October 20, 2020

<u>VIA ECF</u>

**<u>LETTER ORDER</u>**

    Re:    <u>Portal, et al. v. Levine, et al.,</u>
            <u>Civil Action No. 19-19611</u>

Dear Litigants:

      This matter comes before the Court on Plaintiffs' Motion for Judgment by Default pursuant to Federal Rule of Civil Procedure 55(b), ECF No. 25. Plaintiffs submit the Motion without a brief in support. Absent a brief, it is unclear under which causes of action Plaintiffs move for default judgment. The Motion is **DISMISSED** without prejudice, and Plaintiffs may refile the Motion with a brief to address which causes of action they move under and how damages ought to be calculated. See <u>Chanel, Inc. v. Gordashevsky</u>, 558 F. Supp. 2d 532, 536, 538 (D.N.J. 2008) (holding that before entering a default judgment a court must determine whether the plaintiff's complaint sufficiently pleads a cause of action and whether the plaintiff has proved damages).

                                                    **SO ORDERED.**

                                                   <u>*/s Madeline Cox Arleo*</u>
                                                   **MADELINE COX ARLEO**
                                                   **UNITED STATES DISTRICT JUDGE**