SILLS CUMMIS & GROSS P.C.
Jaimee Katz Sussner, Esq.
Joshua N. Howley, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000
*Attorneys for Court-Appointed Receiver*
*Colliers International NJ, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF AMHERST PIERPOINT COMMERCIAL MORTGAGE SECURITIES, LLC, MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB59, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SETH LEVINE, *et al.*, <br><br> Defendants. | Civil Action No. 19-cv-17866 (MCA)(LDW) <br><br> *Document Electronically Filed* <br><br> **CERTIFICATION OF SERVICE** |
| LARRY PORTAL, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SETH LEVINE, *et al.*, <br><br> Defendants. | Civil Action No. 19-cv-19611 (MCA)(LDW) |

JOSHUA N. HOWLEY, of full age, hereby certifies as follows:

1. I am a Member of the law firm of Sills Cummis & Gross P.C., which is counsel of record in these actions for the Court-appointed receiver, Colliers International NJ, LLC ("Colliers").

2. On March 3, 2021, pursuant to the Order Setting Forth Sales Procedures in Civil Action No. 19-cv-17866, I caused the Agreement of Purchase and Sale between Colliers and Bonim Realty, LLC to be served by email on the following counsel of record in the above-captioned cases:

stross@herrick.com
msekowski@herrick.com
mmorgulas@okinhollander.com
aknicely@lcbf.com
bmiller@barrysmilleresq.com
ymargolin@margolinlawny.com
bnagel@nagelrice.com
gredish@winnebanta.com
gene@generosen.com
generosen@gmail.com
gford@lcbf.com
jatkin@kasowitz.com
jcuomo@lcbf.com
hrobinson@herrick.com
mcaruso@csglaw.com
opomar@lsnj.org
rsolomon@nagelrice.com
scott_walker@freddiemac.com
aweisbrot@weisbrotlaw.com

3. On March 4, 2021, pursuant to the Order Setting Forth Sales Procedures in the above-captioned civil action, I caused the Agreement of Purchase and Sale between Colliers and Bonim Realty, LLC to be served by regular mail upon Mr. Seth Levine at 636 South Forest Drive, Teaneck, New Jersey 07666.

3

I certify that the above statements made by me are true. I am aware that if any of the above statements made by me are wilfully false, I am subject to punishment.

/s/ JOSHUA N. HOWLEY
JOSHUA N. HOWLEY

Dated:  March 8, 2021