NATHANIEL A. WEISBROT (NW6029)
LAW OFFICE OF N. ARI WEISBROT LLC
1099 Allessandrini Avenue
New Milford, New Jersey 07646
(201) 788.6146
aweisbrot@weisbrotlaw.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LARRY PORTAL, FRANK MAIORANO, GRACY WEBERMAN, JAHN BRODWIN, DONALD J. NOONE II, MARTIN GOLDSTEIN, and DAVID METZMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> SETH LEVINE; TEANECK PLAZA VENTURES, LLC;  2680 KENNEDY VENTURES;  ENGLEWOOD FUNDING, LLC; HILLSIDE NORSE, LLC; PA NORSE, LLC; 2817 PALISADES VENTURE, LLC; CLIFTON DL VENTURES, LLC; SUSSEX NORSE, LLC; 4318 KENNEDY PARTNERS, LLC; LENOX SOUTH PARK, LLC; LENOX MCKINLEY, LLC; ENGLEWOOD NORSE, LLC; POST AVENUE VENTURES, LLC; PLAINFIELD NORSE, LLC; 219 HILLSIDE VENTURES, LLC; BAYONNE VENTURES, LLC; JORDAN VENTURES LLC;  ORANGE LP VENTURES LLC; PLAINFIELD PA VENTURES; PASSAIC MAIN NORSE, LLC; PERTH NB VENTURES, LLC; SUSSEX VENTURES, LLC,  PERTH LP VENTURES, LLC, and CLIFTON 126 CENTER LLC; <br><br> Defendants. | CIV. ACTION NO: 19-cv-19611-MCA-LDW <br><br><br> Civil Action <br><br><br><br> **AMENDED REQUEST FOR DEFAULT JUDGMENT PURSUANT TO FED.R.CIV.P 55(B)(1)** |

TO:     Clerk
         U.S. District Court for the District of New Jersey
         Martin Luther King Building & U.S. Courthouse
         50 Walnut Street
         Newark, New Jersey 07101

It is hereby respectfully requested that the Court enter DEFAULT JUDGMENT, pursuant to Fed.R.Civ.P. 55(B)(2), against Defendants Seth Levine; Teaneck Plaza Ventures, LLC; 2680 Kennedy Ventures; Englewood Funding, LLC; Hillside Norse, LLC; PA Norse, LLC; 2817 Palisades Venture, LLC; Clifton DL Ventures, LLC; Sussex Norse, LLC; 4318 Kennedy Partners, LLC; Lenox South Park, LLC; Lenox McKinley, LLC; Englewood Norse, LLC; Post Avenue Ventures, LLC; Plainfield Norse, LLC; 219 Hillside Ventures, LLC; Bayonne Ventures, LLC; Jordan Ventures LLC; Orange LP Ventures LLC; Plainfield PA Ventures; Passaic Main Norse, LLC; Perth NB Ventures, LLC; Sussex Ventures, LLC; Perth LP Ventures, LLC; and Clifton 12 Center LLC (collectively, "Defendants") for failure to plead or otherwise defend in the above captioned matter as provided by the Federal Rules of Civil Procedure.

LAW OFFICE OF N. ARI WEISBROT LLC

By: _____

Nathaniel Ari Weisbrot, Esq
1099 Allessandrini Avenue
New Milford, New Jersey 07646
(201) 788.6146
aweisbrot@weisbrotlaw.com
*Attorneys for Plaintiffs*

Dated: March 15, 2021