Jaimee Katz Sussner, Esq.
Joshua N. Howley, Esq.
SILLS CUMMIS & GROSS P.C.
Newark, New Jersey 07102
(973) 643-7000
*Attorneys for Court-Appointed Receiver*
*Colliers International NJ, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

----------------------------------------------------------x

| | |
|---|---|
| THREE LINE-NJ1, LLC | Civil Action No. 19-cv-17421 (MCA)(LDW) |
| Plaintiff, | *Document Electronically Filed* |
| vs. | **NOTICE OF MOTION FOR ORDER APPROVING SALE OF CERTAIN REAL PROPERTY FREE AND CLEAR** |
| SETH LEVINE, PA WATSON VENTURES, LLC, *et al.*, | |
| Defendants. | **ORAL ARGUMENT REQUESTED** |
| | **Motion Day: December 20, 2021** |

----------------------------------------------------------x

| | |
|---|---|
| | Civil Action No. 19-cv-17865 (MCA)(LDW) |
| THREE LINE-NJ1, LLC, *et al.*, | |
| Plaintiffs, | |
| v. | |
| ENGLEWOOD FUNDING LLC, PLAINFIELD NORSE, LLC, POST AVENUE VENTURES, LLC, FLR VENTURES LLC, CLIFTON FL VENTURES LLC, 137-139 THIRD NORSE LLC, PASSAIC NORSE LLC, PERTH NB VENTURES LLC, SETH LEVINE, *et al.*, | |
| Defendants. | |

----------------------------------------------------------x

1

TO: ALL PARTIES ON THE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that, on December 20, 2021, or as soon thereafter as counsel may be heard, the undersigned counsel for Colliers International NJ LLC, the Court-appointed Receiver for the properties that are subject of the referenced actions (the "Receiver"), shall move before the Honorable Madeline Cox Arleo, U.S.D.J., District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order approving Receiver's sale of the real property owned by Defendants Englewood Funding LLC, FLR Ventures LLC, PA Watson Ventures LLC, Perth NB Ventures LLC, Clifton DL Ventures LLC, 137-139 Third Norse LLC, Post Avenue Ventures LLC, and Passaic Norse LLC, free and clear of all prior encumbrances, liens, rights, and interest, approving the Receiver's disbursement of proceeds from the sale, and for related relief, pursuant to the prior Orders of this Court and Fed. R. Civ. P. 66.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Receiver shall rely on the accompanying Declarations of Richard Madison and Jaimee Katz Sussner, Esq., with accompanying exhibits, and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order granting Receiver's Motion is enclosed herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rules 7.1(b)(4) and 78.1(b), the Receiver hereby requests oral argument only if opposition is filed.

    Respectfully submitted,

    *s/ Jaimee Katz Sussner*
    JAIMEE KATZ SUSSNER
    *Attorneys for Court-Appointed*
    *Receiver Colliers International*
    *NJ LLC*

Dated: November 23, 2021

**SERVICE LIST**

1. 137-139 Third Norse, LLC  *(Via First Class Mail)*
   Clifton DL Ventures LLC
   Englewood Funding, LLC
   FLR Ventures LLC
   Passaic Norse LLC
   PA Watson Ventures, LLC
   Perth NB Ventures LLC
   Post Avenue Ventures LLC
   c/o Mr. Seth Levine
   636 South Forest Drive
   Teaneck, New Jersey 07666

2. Jacob Kaplan, Esq. *(Via Email)*
   Brafman & Associates, P.C.
   767 Third Avenue, 26th Floor
   New York, New York 10017
   *Counsel for Defendant Seth Levine*

3. Maureen E. Montague, Esq. *(Via Email)*
   Greenbaum, Rowe, Smith & Davis LLP
   99 Wood Avenue South
   Iselin, New Jersey 08830
   *Counsel for Three Line-NJ1, LLC*

4. Madison Park Investors, LLC *(Via First Class Mail)*
   88 Washington Avenue
   Cedarhurst, New York 11516

5. Michael R. Caruso, Esq. *(Via Email)*
   Chiesa Shahinian & Giantomasi PC
   One Boland Drive
   West Orange, New Jersey 07052
   *Counsel for Madison Park Investors, LLC*

6. Oritani Bank *(Via First Class Mail)*
   Attention: Christopher Carola, Vice President
   370 Pascack Road
   P.O. Box 1329
   Township of Washington, New Jersey 07676-1329

7. Ali Tasaloti d/b/a Touchstone Tiling *(Via First Class Mail)*
   189 Coombs Drive

     Paramus, New Jersey 07652

8. Piazza & Associates, Inc. *(Via First Class Mail)*
   216 Rockingham Row
   Princeton, New Jersey 08540

9. Township of Teaneck *(Via First Class Mail)*
   818 Teaneck Road
   Teaneck, New Jersey 07666

10. Joseph R. McCarthy, Esq. (*Via Email*)
    Meyner and Landis LLP
    One Gateway Center, Suite 2500
    Newark, New Jersey 07102
    *Counsel for ZF Capital Holdings, LLC, individually and derivatively on behalf of Aljo Norse LLC, Clifton DL Ventures LLC, Perth NB Venture, LLC and Third Street Norse LLC*

11. ZF Capital Holdings LLC *(Via First Class Mail)*
    2233 Nostrand Avenue, 3rd Floor
    Brooklyn, New York 11210

12. The Law Office of David Fleischmann, P.C. *(Via First Class Mail)*
    2233 Nostrand Avenue, 3rd Floor
    Brooklyn, New York 11210

13. Yan Margolin, Esq. *(Via Email*)
    Law Offices of Yan Margolin
    c/o WeWork
    154 West 14th Street
    New York, New York 10011
    *Counsel for Park National Capital Funding LLC, Herbert Tepfer, and J&J Realty Associates LLC*

14. Barry S. Miller, Esq. *(Via Email)*
    1211 Liberty Avenue
    Hillside, New Jersey 07205
    *Counsel for Park National Capita Funding LLC and Herbert Tepfer*

15. Herbert Tepfer, Esq. *(Via email: [Tepferlaw@gmail.com](mailto:Tepferlaw@gmail.com) and First Class Mail)*
    Tepfer & Tepfer P.C.
    4429 18th Avenue
    Brooklyn, New York 11204-1202

2

*Pro Se and for Park National Capital Funding LLC*

16. Park National Capital Funding LLC *(Via First Class Mail)*
    One Stone Place, Suite 200
    Bronxville, New York 10708

17. Park National Capital Funding LLC *(Via First Class Mail)*
    280 Northern Boulevard
    Great Neck, New York 11021

18. McCarter & English, LLP *(Via First Class Mail)*
    Attention: Clement J. Farley, Esq.
    Four Gateway Center
    100 Mulberry Street
    Newark, New Jersey 07102
    *Counsel for Doral Bank, FSB*

19. Doral Bank, FSB *(Via First Class Mail)*
    387 Park Avenue South
    New York, New York 10016

20. J&J Realty Associates LLC *(Via First Class Mail)*
    4429 18th Avenue
    Brooklyn, New York 11204

21. Hutton Ventures LLC *(Via Email)*
    c/o Gerard S. Catalanello, Esq.
    Alston & Bird LLP
    90 Park Avenue
    New York, New York 10016

22. Hutton Ventures, LLC *(Via First Class Mail)*
    333 7th Avenue
    Third Floor
    New York, New York 10001

23. Englewood Funding LLC *(Via First Class Mail)*
    210 River Street, Suite 24
    Hackensack, New Jersey 07601

24. 191 Realty LLC *(Via First Class Mail)*
    120 Hillside Boulevard, Suite 18
    Lakewood, New Jersey 08701

25. Old Republic National Title Insurance Company *(Via First Class Mail)*
    400 Second Avenue South
    Minneapolis, Minnesota 55401-2499

26. OREC NJ, LLC *(Via First Class Mail)*
    10 West Broad Street, 8th Floor
    Columbus, Ohio 43215

27. Federal Home Loan Mortgage Corporation *(Via Email)*
    c/o Jerry A. Cuomo, Esq.
    Landman Corsi Ballaine & Ford P.C.
    One Gateway Center, 4th Floor
    Newark, New Jersey 07102

28. Larry Portal, Frank Maiorano, Gracy Weberman, Jahn Frodwin, Donald J. Noone II, Martin Goldstein, and David Metzman *(By Email and First Class Mail)*
    c/o Nathaniel Ari Weisbrot, Esq.
    Law Office of N. Ari Weisbrot LLC
    1099 Allessandrini Avenue
    New Milford, New Jersey 07646

29. Toledo Plumbing & Heating Inc. *(Via Email)*
    c/o Bittiger Elias & Triolo P.C.
    12 Route 17 North, Suite 206
    Paramus, New Jersey 07652

30. Bureau of Housing Inspection *(Via First Class Mail)*
    State of New Jersey
    Department of Community Affairs
    P.O. Box 800
    Trenton, New Jersey 08625-0800

31. State of New Jersey *(Via First Class Mail)*
    Division of Codes and Standards
    PO Box 802
    101 South Broad Street
    Trenton, NJ 08625-0802

32. Bureau of Housing Inspection *(Via First Class Mail)*
    Attention:  Collections Unit
    P.O. Box 810
    Trenton, New Jersey 08625-0810

33. State of New Jersey *(Via First Class Mail and Email)*
    Department of Community Affairs
    c/o Craig Keiser, Esq.
    P.O. Box 800
    Trenton, New Jersey 08625-0800

34. Bureau of Housing Inspection *(Via First Class Mail)*
    State of New Jersey
    Department of Community Affairs
    P.O. Box 800
    Trenton, New Jersey 08625-0800