# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LARRY PORTAL,<br><br>          Plaintiff,<br><br>v.<br><br>SETH LEVINE, *et al.*,<br><br>          Defendants. | Civil Action No.<br><br>19-19611 (MCA) (LDW)<br><br>**ORDER** |

The Court having been informed that a trustee has been appointed to manage this case, but no docket activity or other correspondence from plaintiff having occurred for many months,

**IT IS** on this day, **January 31, 2022:**

**ORDERED** that an appearance shall be filed by the trustee no later than **February 11, 2022**.

                                             *s/ Leda Dunn Wettre*
                                             Hon. Leda Dunn Wettre
                                             United States Magistrate Judge